IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. NO. 1:18-cr-00224 MV

DEREK PONCHO,

Defendant.

**ORDER GRANTING WITHDRAWAL**

THIS MATTER, having come before the Court on the Defense Motion to Withdraw as Counsel, and the Court being fully advised IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel is GRANTED.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Megan Mitsunaga*
Megan Mitsunaga